BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Artesia Health Facilities, L.P. § Case No.: 17–44659–mxm7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 11/13/19            FOR THE COURT:
                           Robert P. Colwell, Clerk of Court

                           by: /s/T Spelmon, Deputy Clerk